[19 NYS3d 722]

In the Matter of DWANE K. SMITH (Admitted as DWANE KENT SMITH), an Attorney, Respondent. DEPARTMENTAL DISCIPLINARY COMMITTEE FOR THE FIRST JUDICIAL DEPARTMENT, Petitioner.

First Department, November 17, 2015

**APPEARANCES OF COUNSEL**

*Jorge Dopico, Chief Counsel, Departmental Disciplinary Committee*, New York City (*Remi E. Shea* of counsel), for petitioner.

*Dwane K. Smith*, respondent pro se.

**OPINION OF THE COURT**

Per Curiam.

Respondent Dwane K. Smith was admitted to the practice of law in the State of New York by the Second Judicial Department on November 20, 2002 under the name Dwane Kent Smith. At all times relevant to this proceeding, respondent maintained an office for the practice of law within the First Judicial Department.

The Departmental Disciplinary Committee seeks an order striking respondent's name from the roll of attorneys, pursuant to Judiciary Law § 90 (4) (b), on the ground that he has been disbarred upon his conviction of a felony as defined by Judiciary Law § 90 (4) (e).

Respondent, pro se, has not appeared in this proceeding after being served by the Committee at his last known residential address.

A conviction of any criminal offense classified as a felony under the laws of New York results in automatic disbarment by operation of law. On March 25, 2015, respondent pleaded guilty in Supreme Court, New York County, to bribery in the third degree in violation of Penal Law § 200.00, a class D felony, and was sentenced to six months incarceration and five years' probation. Respondent's conviction stems from his paying a New York City Criminal Justice Agency employee money to persuade criminal defendants to retain respondent as their attorney.

Accordingly, the Committee's petition should be granted, and respondent's name stricken from the roll of attorneys and counselors-at-law in the State of New York, nunc pro tunc to March 25, 2015.

MAZZARELLI, J.P., MOSKOWITZ, RICHTER, MANZANET-DANIELS and FEINMAN, JJ., concur.

Respondent disbarred, and his name stricken from the roll of attorneys and counselors-at-law in the State of New York, nunc pro tunc to March 25, 2015.